IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JUANITA CREAR-PRICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No: |
| | ) | |
| UNIVERSITY OF ILLINOIS, and | ) | JURY TRIAL DEMANDED |
| YVONNE BROWN, individually, | ) | |
| | ) | |
| Defendants. | ) | |

**COMPLAINT**

NOW COMES Plaintiff, JUANITA CREAR-PRICE, and by and through her attorneys, JAMES R. FENNERTY & ASSOCIATES, L.L.C., and, complaining of Defendants, UNIVERSITY OF ILLINOIS, AND YVONNE BROWN, states as follows:

**JURISDICTION**

1. This action is brought pursuant to 42 U.S.C. Section 1981, as amended ("Sec. 1981") and Title VII of the Civil Rights Act of 1964, 42 U. S. C. Section 2000e et seq. as amended ("Title VII") for employment discrimination. Jurisdiction is specifically conferred on this court by 42 U.S.C. Section 2000e. Count IV consists of a pendant state common law action for breach of contract.

2. Plaintiff, JUANITA CREAR-PRICE is a resident of Roselle, Cook County, Illinois.

3. Defendant, UNIVERSITY OF ILLINOIS, is a public body, and at all times relevant herein was Plaintiff's employer.

4. Defendant, YVONNE BROWN is and at all times alleged herein was employed by Defendant University of Illinois as the Associate Director of the University of Illinois Cook

County Extension program.

5.  Venue is proper in the Northern District of Illinois because Plaintiff and Defendants reside in this District.

## COUNT I

## EMPLOYMENT DISCRIMINATION

6.  Plaintiff hereby realleges and incorporates by reference all of the above paragraphs as if fully set forth herein Plaintiff is and at all times alleged herein was employed by Adams Street Partners as an executive assistant.

7.  Plaintiff is a 62 year old African-American.

8.  Plaintiff was employed by the University of Illinois in their University of Illinois Extension Master Gardener program from September, 2005 to October 28, 2008.

9.  The University of Illinois Extension is an outreach effort of the University of Illinois that offers educational programs to residents all over the state.

10. The Master Gardener program is a program under University of Illinois Extension that offers educational programs in area of horticulture.

11. During her employment with the University of Illinois in the Master Gardener program, Plaintiff worked as a Program Coordinator and as a Horticulture Assistant.

12. During her employment, Plaintiff suffered severe and pervasive harassment constituting a hostile work environment that included harassment and name-calling for looking and acting too young for her age and for overdressing because she was African-American.

13. When the incidents were reported to Defendant Yvonne Brown, she did nothing to resolve the problem or make harassment and name-calling stop.

14. On October 28, 2008, Defendant Yvonne Brown terminated Plaintiff's employment

without explanation.

15. Plaintiff's position has been filled by a younger white person with no experience and inferior qualifications to Plaintiff.

16. At the time of discharge, Plaintiff was earning $16/hour for 40 hours per week.

17. The harassment affected the terms and conditions of her employment with Defendant University of Illinois and was motivated in whole or in part because of Plaintiff's race and age.

18. Defendants' discrimination based on race violates Title VII.

19. As a direct and proximate result of Defendants' intentional, willful and unlawful discrimination, Plaintiff has suffered and continues to suffer emotional and pecuniary damages.

20. Plaintiff has filed charges of discrimination against Defendants with the Equal Employment Opportunity Commission ("EEOC").

21. On July 10, 2009, the EEOC issued a Dismissal and Notice of Rights. A copy of that Notice is attached as Exhibit A. Plaintiff has filed this action within 90 days of receiving that Notice.

22. If relief is not granted to Plaintiff, she will be irreparably denied her rights secured by Title VII of the Civil Rights Act of 1964, as amended.

WHEREFORE, Plaintiff, JUANITA CREAR-PRICE, requests that this Court:

A. Order Defendant University of Illinois, to pay to Plaintiff appropriate back pay, future financial compensation and restitution, including punitive damages, in an amount to be proved at trial;

B. Enjoin Defendants, including their employees and agents, from committing encouraging or participating in any future acts of discrimination or retaliation against Plaintiff or any other employee;

      C.     Award Plaintiff her costs and attorneys' fees; and Grant such further relief as this Court deems just and equitable.

## JURY DEMAND

Plaintiff hereby demands a trial by jury under Federal Rule of Civil Procedure 38(b) on all issues so triable.

Respectfully submitted,

/s/ James R. Fennerty
James R. Fennerty

James R. Fennerty & Associates, L.L.C.
36 S. Wabash, Suite 1310
Chicago, IL 60603
(312)345-1704
Attorney No. 793000